# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ROBERT HORDIS, VICTORIA HORDIS, and HORDIS FAMILY CABOT, L.P.,** : <br> : <br> **Plaintiffs** : <br> : <br> v. : <br> : <br> **CABOT OIL & GAS CORPORATION,** : <br> : <br> **Defendant** : | CIVIL ACTION NO. 3:19-CV-296 <br><br> (Chief Judge Conner) |

## **ORDER**

AND NOW, this 5th day of May, 2020, upon consideration of plaintiffs' motion (Doc. 13) for leave to file second amended complaint and the proposed second amended complaint (Doc. 13-2) filed contemporaneously therewith, as well as the parties' respective briefs in support of and in opposition thereto, (see Docs. 13-1, 17, 19), and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. Plaintiffs' motion (Doc. 13) for leave to file second amended complaint is DENIED as to proposed Count Two but is GRANTED in all other respects.

2. Plaintiffs shall file their second amended complaint, in conformity with the accompanying memorandum and this order, no later than **Friday, May 8, 2020**.

3. Defendant shall respond to the second amended complaint in accordance with the Federal Rules of Civil Procedure.

                                                  /S/ CHRISTOPHER C. CONNER
                                                  Christopher C. Conner, Chief Judge
                                                  United States District Court
                                                  Middle District of Pennsylvania