# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROBERT HORDIS, VICTORIA HORDIS, and HORDIS FAMILY CABOT, L.P.,** | : : : : | CIVIL ACTION NO. 3:19-CV-296<br><br>(Judge Conner) |
| **Plaintiffs** | : : | |
| v. | : : | |
| **CABOT OIL & GAS CORPORATION,** | : : | |
| **Defendant** | : | |

# **<u>ORDER</u>**

AND NOW, this 3rd day of February, 2021, upon consideration of plaintiffs' motion (Doc. 39) to dismiss, and the parties' respective briefs in support of and opposition to said motion, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that the motion (Doc. 39) is GRANTED and defendant's counterclaims are DISMISSED without prejudice.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania